# EXHIBIT U

***EFILED***
Case Number 2021L 000915
Date: 8/2/2021 11:32 AM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and          )
GWENDOLYN CULVERSON,    )
                         )
      Plaintiffs,            )     Cause No.:    2021L 000915
                         )
vs.                       )
                         )
BOEHRINGER INGELHEIM, et al.,   )
                         )
      Defendants.         )

### AFFIDAVIT

Comes now Affiant, Seth Crompton, and, pursuant to Supreme Court Rule 222(b), states,

under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, that

the money damages sought by plaintiff in the above-entitled cause of action do exceed $50,000.

Further, affiant sayeth not.

Dated this 18th day of August 2020.



Seth Crompton

Subscribed and sworn to me before this 2nd day of August 2021.

NOTARY PUBLIC               My commission expires 04/12/2024.

TRACEY L BLASA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
April 12, 2024

***EFILED***
Case Number 2021L 000915
Date: 8/2/2021 11:32 AM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| JOSEPH BAYER and<br>GWENDOLYN CULVERSON, | ) ) ) | |
| Plaintiffs, | ) ) | Cause No.:    2021L 000915 |
| vs. | ) ) ) | |
| BOEHRINGER INGELHEIM, et al., | ) ) | |
| Defendants. | ) | |

## AFFIDAVIT

Comes now Affiant, Seth Crompton, and, pursuant to Supreme Court Rule 222(b), states,

under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, that

the money damages sought by plaintiff in the above-entitled cause of action do exceed $50,000.

Further, affiant sayeth not.

Dated this 18th day of August 2020.

Seth Crompton

Subscribed and sworn to me before this 2nd day of August 2021.



NOTARY PUBLIC      My commission expires 04/12/2024.

TRACEY L BLASA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
April 12, 2024

***EFILED***
Case Number 2021L 000915
Date: 8/4/2021 3:10 PM
Thomas McRae
Invoice #CLU-2021004302ircuit Court
Third Judicial Circuit, Madison County Illinois

**INVOICE**





Send Payments To:
**Clutter Investigations Inc. DBA Courthouse Courier**
**1 West Old State Capitol Plaza**
**Suite 818**
**Springfield, IL 62701**
**Phone: (217) 528-5997**
**61-1446230**

Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

**Case Number: Madison 2021L000915**

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

Defendant:
**BOND DRUG COMPANY OF ILLINOIS, LLC d/b/a WALGREENS, et al.,**

Received: 8/2/2021    Completed: 8/2/2021   VOID PER ATTORNEY
To be served on: Bond Drug Company of Illinois, LLC  d/b/a Walgreens

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Corporate - add'l serve (same address) | 1.00 | 65.00 | 65.00 |
| Photocopies | 84.00 | 0.20 | 16.80 |
| TOTAL CHARGED: | | | $81.80 |

**BALANCE DUE:**                                                                                          **$81.80**

COVID 19 UPDATE: Courthouse Courier is committed and continues to stay open for our community to serve
process during the pandemic.  Please be advised that some servers have self isloated for their safety, the public's
safety, as well as their families which may cause delays in service.  Thank you for your business and your
cooperation during these difficult times.  Stay safe and be well!
Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

## AFFIDAVIT OF SERVICE

**State of Illinois**                **County of Madison**                **3rd Judicial Circuit Court**

Case Number: 2021L000915

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

vs.

Defendant:
**BOND DRUG COMPANY OF ILLINOIS, LLC d/b/a WALGREENS, et al.,**

For:
Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 2nd day of August, 2021 at 2:00 pm to be served on **Bond Drug Company of Illinois, LLC d/b/a Walgreens, c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703.**

I, Michelle Tomlin, being duly sworn, depose and say that on the **2nd day of August, 2021 at 3:32 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Jury Demand and Affidavit** with the date and hour of service endorsed thereon by me, to: **Ethan Smith as Document Specialist** for **Bond Drug Company of Illinois, LLC d/b/a Walgreens**, at the address of: **c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 23, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 225, Hair: Brown, Glasses: N

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the _9 nd_
day of _August_, _2021_ by the affiant
who is personally known to me.

**NOTARY PUBLIC OFFICIAL SEAL**
**SUSAN E LEEPER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-09-2022

**Michelle Tomlin**
129-316088

**Clutter Investigations Inc. DBA Courthouse Courier**
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: CLU-2021001202

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

# IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
### MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                      )
       Plaintiffs, )      Cause No.: **2021L 000915**
                      )
vs. )
                      )
BOND DRUG COMPANY OF ILLINOIS, LLC )
d/b/a WALGREENS, et al., )
                      )
       Defendants. )

TO:     Bond Drug Company of Illinois, LLC d/b/a Walgreens
           SERVE:    Illinois Corporation Service
                      801 Adlai Stevenson Drive
                      Springfield, IL 62703

        You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

        If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                        /s/ Thomas McRae

                                      Clerk of the Circuit Court

(Seal)

                  8/2/2021                  By:    /s/ Stacey Turner
                                                Deputy

***EFILED***
Case Number 2021L 000915
Date: 8/4/2021 3:10 PM
Thomas McRae
Invoice #CLU-2021 004 306ircuit Court
Third Judicial Circuit, Madison County Illinois

**INVOICE**





**Send Payments To:**
**Clutter Investigations Inc. DBA Courthouse Courier**
**1 West Old State Capitol Plaza**
**Suite 818**
**Springfield, IL 62701**
**Phone: (217) 528-5997**
**61-1446230**

Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

**Case Number: Madison 2021L000915**

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

Defendant:
**BOND DRUG COMPANY OF ILLINOIS, LLC d/b/a WALGREENS, et al.,**

Received: 8/2/2021    Served: 8/2/2021 3:32 pm   CORPORATE
To be served on: Glaxosmithkline LLC

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Corporate - add'l serve (same address) | 1.00 | 65.00 | 65.00 |
| Photocopies | 84.00 | 0.20 | 16.80 |
| TOTAL CHARGED: | . | | $81.80 |

**BALANCE DUE:**                                                                                 **$81.80**

COVID 19 UPDATE: Courthouse Courier is committed and continues to stay open for our community to serve
process during the pandemic. Please be advised that some servers have self isolated for their safety, the public's
safety, as well as their families which may cause delays in service. Thank you for your business and your
cooperation during these difficult times. Stay safe and be well!
Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1982-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

# AFFIDAVIT OF SERVICE

**State of Illinois**                    **County of Madison**                    **3rd Judicial Circuit Court**

Case Number: 2021L000915

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

vs.

Defendant:
**BOND DRUG COMPANY OF ILLINOIS, LLC d/b/a WALGREENS, et al.,**

For:
Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 2nd day of August, 2021 at 2:00 pm to be served on **Glaxosmithkline LLC, c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703.**

I, Michelle Tomlin, being duly sworn, depose and say that on the **2nd day of August, 2021 at 3:32 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Jury Demand and Affidavit** with the date and hour of service endorsed thereon by me, to: **Ethan Smith** as **Document Specialist** for **Glaxosmithkline LLC**, at the address of: **c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703,** and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 23, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 225, Hair: Brown, Glasses: N

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the $\underline{2nd}$
day of $\underline{August}$, $\underline{2021}$ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
**SUSAN E LEEPER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-09-2022

_____
**Michelle Tomlin**
129-316088

**Clutter Investigations Inc. DBA Courthouse Courier**
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: CLU-2021001203

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and  )
GWENDOLYN CULVERSON,  )
  )
    Plaintiffs,  )   Cause No.:  **2021L 000915**
  )
vs.  )
  )
GLAXOSMITHKLINE LLC,et al.,  )
  )
    Defendants.  )

---

TO:   GLAXOSMITHKLINE LLC
      SERVE:   Illinois Corporation Service C
                 801 Adlai Stevenson Drive
                 Springfield, IL 62703

      You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                   /s/ Thomas McRae
                                   Clerk of the Circuit Court

(Seal)

8/2/2021            By:   /s/ Stacey Turner
                                Deputy

\*\*\*EFILED\*\*\*
Case Number 2021L 000915
Date: 8/4/2021 3:10 PM
Thomas McRae
Invoice #CLU-202100120 Circuit Court
Third Judicial Circuit, Madison County Illinois

**INVOICE**





Send Payments To:
**Clutter Investigations Inc. DBA Courthouse Courier**
**1 West Old State Capitol Plaza**
**Suite 818**
**Springfield, IL 62701**
**Phone: (217) 528-5997**
**61-1446230**

Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

**Case Number: Madison 2021L000915**

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

Defendant:
**SUN PHARMACEUTICAL INDUSTRIES, INC., f/k/a RANBAXY PHARMACEUTICALS INC., et al.,**

Received: 8/2/2021    Served: 8/2/2021 3:32 pm  CORPORATE
To be served on: Sun Pharmaceutial Industries, Inc., f/k/a Ranbaxy Pharmaceuticals Inc.,

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Corporate - add'l serve (same address) | 1.00 | 65.00 | 65.00 |
| Photocopies | 84.00 | 0.20 | 16.80 |
| TOTAL CHARGED: | | | $81.80 |

**BALANCE DUE:** $81.80

.

COVID 19 UPDATE: Courthouse Courier is committed and continues to stay open for our community to serve
process during the pandemic. Please be advised that some servers have self isloated for their safety, the public's
safety, as well as their families which may cause delays in service. Thank you for your business and your
cooperation during these difficult times. Stay safe and be well!
Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

# AFFIDAVIT OF SERVICE

**State of Illinois**          **County of Madison**          **3rd Judicial Circuit Court**

Case Number: 2021L000915

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

vs.

Defendant:
**SUN PHARMACEUTICAL INDUSTRIES, INC., f/k/a RANBAXY
PHARMACEUTICALS INC., et al.,**

For:
Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 2nd day of August, 2021 at 2:00 pm to be served on **Sun Pharmaceutial Industries, Inc., f/k/a Ranbaxy Pharmaceuticals Inc.,, c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703.**

I, Michelle Tomlin, being duly sworn, depose and say that on the **2nd day of August, 2021 at 3:32 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Jury Demand and Affidavit** with the date and hour of service endorsed thereon by me, to: **Ethan Smith** as **Document Specialist** for **Sun Pharmaceutial Industries, Inc., f/k/a Ranbaxy Pharmaceuticals Inc.,,** at the address of: **c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703,** and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 23, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 225, Hair: Brown, Glasses: N

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the 2nd
day of _August_, _2021_ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
**SUSAN E LEEPER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-09-2022

**Michelle Tomlin**
129-316088

**Clutter Investigations Inc. DBA Courthouse Courier**
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: CLU-2021001201

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
)
      Plaintiffs, )   Cause No.:   **2021L 000915**
)
vs. )
)
SUN PHARMACEUTICAL INDUSTRIES, )
INC., f/k/a RANBAXY PHARMACEUTICALS )
INC., et al., )
)
      Defendants. )

---

TO:   Sun Pharmaceutical Industries, Inc., f/k/a Ranbaxy Pharmaceuticals Inc.
     SERVE:   Illinois Corporation Service C
               801 Adlai Stevenson Drive
               Springfield, IL 62703

       You are hereby notified that an action has been commenced against you in this court.
You are required to file your answer to the Complaint with the court and to service a copy upon
the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded
in the attached Complaint, which is incorporated herein by reference. Any related claim which
you may have against the plaintiff must be stated as a counterclaim in your answer, or you will
thereafter be barred from making such claim in any other action.

                                       /s/ Thomas McRae
                                       Clerk of the Circuit Court

               8/2/2021          By:   /s/ Stacey Turner
                                         Deputy

\*\*\*EFILED\*\*\*
Case Number 2021L 000915
Date: 8/4/2021 3:10 PM
Thomas McRae
Invoice #CLU-2021 Circuit Court
Third Judicial Circuit, Madison County Illinois

**INVOICE**





Send Payments To:
Clutter Investigations Inc. DBA Courthouse Courier
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
Phone: (217) 528-5997
61-1446230

Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

**Case Number: Madison 2021L000915**

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

Defendant:
**WALGREENS BOOTS ALLIANCE, INC., et al.,**

Received: 8/2/2021    Served: 8/2/2021 3:32 pm  CORPORATE
To be served on: Walgreens Boots Alliance, Inc.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Corporate Same Day Rush | 1.00 | 130.00 | 130.00 |
| Photocopies | 84.00 | 0.20 | 16.80 |
| **TOTAL CHARGED:** | | | $146.80 |

**BALANCE DUE:**                                                                  **$146.80**

COVID 19 UPDATE: Courthouse Courier is committed and continues to stay open for our community to serve
process during the pandemic. Please be advised that some servers have self isloated for their safety, the public's
safety, as well as their familles which may cause delays in service. Thank you for your business and your
cooperation during these difficult times. Stay safe and be welll
Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

# AFFIDAVIT OF SERVICE

**State of Illinois**            **County of Madison**            **3rd Judicial Circuit Court**

Case Number: 2021L000915

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

vs.

Defendant:
**WALGREENS BOOTS ALLIANCE, INC., et al.,**

For:
Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 2nd day of August, 2021 at 2:00 pm to be served on **Walgreens Boots Alliance, Inc., c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703.**

I, Michelle Tomlin, being duly sworn, depose and say that on the **2nd day of August, 2021 at 3:32 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Jury Demand and Affidavit** with the date and hour of service endorsed thereon by me, to: **Ethan Smith** as **Document Specialist** for **Walgreens Boots Alliance, Inc.**, at the address of: **c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 23, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 225, Hair: Brown, Glasses: N

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the **2nd** day of **August**, **2021** by the affiant who is personally known to me.

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
SUSAN E LEEPER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-09-2022
```

_____

**Michelle Tomlin**
129-316088

**Clutter Investigations Inc. DBA Courthouse Courier**
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: CLU-2021001199

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                                )
      Plaintiffs, )      Cause No.: **2021L 000915**
                                )
vs. )
                                )
WALGREENS BOOTS ALLIANCE, INC., et al., )
                                )
      Defendants. )

---

TO:    Walgreens Boots Alliance, Inc.
        SERVE:    Illinois Corporation Service
                      801 Adlai Stevenson Drive
                      Springfield, IL 62703

        You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

        If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                      /s/ Thomas McRae
                                    Clerk of the Circuit Court

        8/2/2021                  By: _____   /s/ Stacey Turner
                                          Deputy

***EFILED***
Case Number 2021L 000915
Date: 8/4/2021 3:10 PM
Thomas McRae
Invoice #CLU-202100N 300ircuit Court
Third Judicial Circuit, Madison County Illinois

**INVOICE**





**Send Payments To:**
**Clutter Investigations Inc. DBA Courthouse Courier**
**1 West Old State Capitol Plaza**
**Suite 818**
**Springfield, IL 62701**
**Phone: (217) 528-5997**
**61-1446230**

Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

**Case Number: Madison 2021L000915**

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

Defendant:
**WALGREENS CO., et al.,**

Received: 8/2/2021    Served: 8/2/2021 3:32 pm  CORPORATE
To be served on: Walgreens Co.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Corporate - add'l serve (same address) | 1.00 | 65.00 | 65.00 |
| Photocopies | 84.00 | 0.20 | 16.80 |
| TOTAL CHARGED: | | | $81.80 |

**BALANCE DUE:** $81.80

COVID 19 UPDATE: Courthouse Courier is committed and continues to stay open for our community to serve
process during the pandemic.  Please be advised that some servers have self isloated for their safety, the public's
safety, as well as their families which may cause delays in service.  Thank you for your business and your
cooperation during these difficult times.  Stay safe and be well!
Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

# AFFIDAVIT OF SERVICE

**State of Illinois**          **County of Madison**          **3rd Judicial Circuit Court**

Case Number: 2021L000915

Plaintiff:
**JOSEPH BAYER and GWENDOLYN CULVERSON,**

vs.

Defendant:
**WALGREENS CO., et al.,**

For:
Holland Law Firm
211 N. Broadway, Suite 2625
St. Louis, MO 63102

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 2nd day of August, 2021 at 2:00 pm to be served on **Walgreens Co., c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703.**

I, Michelle Tomlin, being duly sworn, depose and say that on the **2nd day of August, 2021 at 3:32 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Jury Demand and Affidavit** with the date and hour of service endorsed thereon by me, to: **Ethan Smith** as **Document Specialist** for **Walgreens Co.**, at the address of: **c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 23, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 225, Hair: Brown, Glasses: N

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the $\underline{2nd}$
day of $\underline{August}$, $\underline{2021}$ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
**SUSAN E LEEPER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-09-2022

**Michelle Tomlin**
129-316088

**Clutter Investigations Inc. DBA Courthouse Courier**
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: CLU-2021001200

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | |
|---|---|
| JOSEPH BAYER and | ) |
| GWENDOLYN CULVERSON, | ) |
| | ) |
|     Plaintiffs, | )   Cause No.: 2021L 000915 |
| | ) |
| vs. | ) |
| | ) |
| WALGREEN CO., et al., | ) |
| | ) |
|     Defendants. | ) |

TO:   Walgreen Co.
      SERVE:   Illinois Corporation Service
                 801 Adlai Stevenson Drive
                 Springfield, IL 62703

      You are hereby notified that an action has been commenced against you in this court.
You are required to file your answer to the Complaint with the court and to service a copy upon
the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded
in the attached Complaint, which is incorporated herein by reference. Any related claim which
you may have against the plaintiff must be stated as a counterclaim in your answer, or you will
thereafter be barred from making such claim in any other action.



/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By:   /s/ Stacey Turner
        Deputy

August 3, 2021

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CASE NUMBER: 2021 L 000915

GWENDOLYN CULVERSON

Plaintiff(s)

VS.

BOEHRINGER INGELHEIM PHARMACEUTICALS INC

Defendant(s)



ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable SARAH SMITH for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: August 02, 2021

s/Bill Mudge
Chief Judge

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                        )
       Plaintiffs, )     Cause No.: 2021L 000915
                        )
vs. )
                        )
WALGREEN CO., et al., )
                        )
       Defendants. )

---

TO:     Walgreen Co.
         SERVE:     Illinois Corporation Service
                       801 Adlai Stevenson Drive
                       Springfield, IL 62703

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Thomas McRae
Clerk of the Circuit Court



8/2/2021

By:    /s/ Stacey Turner
           Deputy

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
 )
    Plaintiffs, )    Cause No.: 2021L 000915
 )
vs. )
 )
BOND DRUG COMPANY OF ILLINOIS, LLC )
d/b/a WALGREENS, et al., )
 )
    Defendants. )

---

TO:    Bond Drug Company of Illinois, LLC d/b/a Walgreens
        SERVE:    Illinois Corporation Service
                801 Adlai Stevenson Drive
                Springfield, IL 62703

      You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                /s/ Thomas McRae
                                Clerk of the Circuit Court

(Seal)

                8/2/2021             By:  /s/ Stacey Turner
                                        Deputy

# IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
### MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                   )
           Plaintiffs, )     Cause No.: **2021L 000915**
                   )
vs. )
                   )
GLAXOSMITHKLINE LLC,et al., )
                   )
           Defendants. )

---

TO:     GLAXOSMITHKLINE LLC
          SERVE:     Illinois Corporation Service C
                      801 Adlai Stevenson Drive
                      Springfield, IL 62703

        You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

        If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



                                         /s/ Thomas McRae
                                         Clerk of the Circuit Court

                    8/2/2021               By:    /s/ Stacey Turner
                                                 Deputy

| | |
|---|---|
| JOSEPH BAYER and | ) |
| GWENDOLYN CULVERSON, | ) |
| | ) |
| Plaintiffs, | ) Cause No.: **2021L 000915** |
| | ) |
| vs. | ) |
| | ) |
| SUN PHARMACEUTICAL INDUSTRIES, | ) |
| INC., f/k/a RANBAXY PHARMACEUTICALS | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

TO:     Sun Pharmaceutical Industries, Inc., f/k/a Ranbaxy Pharmaceuticals Inc.
           SERVE:     Illinois Corporation Service C
                             801 Adlai Stevenson Drive
                             Springfield, IL 62703

        You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

        If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner
        Deputy

Page 1 of 1

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                )
    Plaintiffs, )    Cause No.: 2021L 000915
                )
vs. )
                )
WALGREENS BOOTS ALLIANCE, INC., et al., )
                )
    Defendants. )

---

TO:    Walgreens Boots Alliance, Inc.
       SERVE:    Illinois Corporation Service
                801 Adlai Stevenson Drive
                Springfield, IL 62703

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Thomas McRae

Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner

Deputy

Page 1 of 1

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                 )
       Plaintiffs, )   Cause No.:  **2021L 000915**
                 )
vs. )
                 )
ACTAVIS MID ATLANTIC LLC, et al., )
                 )
       Defendants. )

---

TO:    Actavis Mid Atlantic LLC
        SERVE:     Corporate Creations Network Inc.
                  350 S. Northwest Highway #300
                  Park Ridge, IL 60068

       You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                        /s/ Thomas McRae

                                    Clerk of the Circuit Court

               8/2/2021                /s/ Stacey Turner
                           By: _____
                                    Deputy

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                           )
     Plaintiffs, )    Cause No.: **2021L 000915**
                           )
vs. )
                           )
AURO HEALTH LLC, et al., )
                           )
     Defendants. )

---

TO:   Auro Health LLC
      SERVE:     Corporation Service Company
                   Princeton South Corporate Center
                   Suite 160, 100 Charles Ewing Blvd.
                   Ewing, NJ 08628

     You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

     If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                              /s/ Thomas McRae

                                          Clerk of the Circuit Court

8/2/2021                       By:    /s/ Stacey Turner
_____                               Deputy

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                     )
        Plaintiffs, )     Cause No.:   **2021L 000915**
                     )
vs. )
                     )
AUROBINDO PHARMA USA, INC., et al., )
                     )
        Defendants. )

---

TO:    Aurobindo Pharma USA, Inc.
        SERVE:        Corporation Service Company
                        Princeton South Corporate Center
                        Suite 160, 100 Charles Ewing Blvd.
                        Ewing, NJ 08628

        You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

        If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner
           Deputy

Page 1 of 1

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| JOSEPH BAYER and | ) | |
| GWENDOLYN CULVERSON, | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No.: **2021L 000915** |
| | ) | |
| vs. | ) | |
| | ) | |
| BOEHRINGER INGELHEIM | ) | |
| CORPORATION., et al., | ) | |
| | ) | |
| Defendants. | ) | |

TO:     BOEHRINGER INGELHEIM CORPORATION
      SERVE:     C T Corporation System
                   67 Burnside Ave.
                   East Hartford, CT 06108-3408

      You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will hereafter be barred from making such claim in any other action.

/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner
           Deputy

Page 1 of 1

# IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
### MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                          )
      Plaintiffs, )     Cause No.: **2021L 000915**
                          )
vs. )
                          )
BOEHRINGER INGELHEIM )
PHARMACEUTICALS, INC., et al., )
                          )
      Defendants. )

---

TO:    BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
        SERVE:    C T Corporation System
                      208 South LaSalle St., Suite 814
                      Chicago, IL 60604

      You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By: _____
/s/ Stacey Turner
             Deputy

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| JOSEPH BAYER and | ) | |
| GWENDOLYN CULVERSON, | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No.: 2021L 000915 |
| | ) | |
| vs. | ) | |
| | ) | |
| BOEHRINGER INGELHEIM USA | ) | |
| CORPORATION., et al., | ) | |
| | ) | |
| Defendants. | ) | |

___

TO:    BOEHRINGER INGELHEIM USA CORPORATION
       SERVE:    C T Corporation System
                  67 Burnside Ave.
                  East Hartford, CT 06108-3408

       You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Thomas McRae

Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner
               Deputy

Page 1 of 1

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                     )
       Plaintiffs,            )      Cause No.:    2021L 000915
                     )
vs.                          )
                     )
CHATTEM, INC., et al.,        )
                     )
       Defendants.       )

---

TO:    Chattem, Inc.
        SERVE:      Corporation Service Company
                        830 Bear Tavern Road
                        West Trenton, NJ 08628

       You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Thomas McRae

Clerk of the Circuit Court

8/2/2021

By:   /s/ Stacey Turner

         Deputy

Page 1 of 1

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| JOSEPH BAYER and | ) | |
| GWENDOLYN CULVERSON, | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No.: 2021L 000915 |
| | ) | |
| vs. | ) | |
| | ) | |
| DR. REDDY'S LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

TO:   Dr. Reddy's Laboratories, Inc.
      SERVE:      Corporation System
                  208 South LaSalle St., Suite 814
                  Chicago, IL 60604

        You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

                        R. Seth Crompton
                        Holland Law Firm, LLC
                    211 N. Broadway, Suite 2625
                        St. Louis, MO 63102

within 30 days after service of summons upon you.

        If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will be barred from making such claim in any other action.

                                        /s/ Thomas McRae
                                        Clerk of the Circuit Court

        8/2/2021                    By: ___/s/ Stacey Turner___
                                              Deputy

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| JOSEPH BAYER and | ) | |
| GWENDOLYN CULVERSON, | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No.: 2021L 000915 |
| | ) | |
| vs. | ) | |
| | ) | |
| DR. REDDY'S LABORATORIES | ) | |
| LOUISIANA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

TO:   Dr. Reddy's Laboratories Louisiana, LLC
      SERVE:     C T Corporation System
                 3867 Plaza Tower Dr.
                 Baton Rouge, LA 70816

       You are hereby notified that an action has been commenced against you in this court.
You are required to file your answer to the Complaint with the court and to service a copy upon
the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded
in the attached Complaint, which is incorporated herein by reference. Any related claim which
you may have against the plaintiff must be stated as a counterclaim in your answer, or you will
thereafter be barred from making such claim in any other action.

                                       /s/ Thomas McRae
                                       Clerk of the Circuit Court

8/2/2021                    /s/ Stacey Turner
                        By: _____
                                Deputy

# IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
### MADISON COUNTY, ILLINOIS

JOSEPH BAYER and
GWENDOLYN CULVERSON,      )
)
)
      Plaintiffs,              )      Cause No.: 2021L 000915
)
vs.                       )
)
GLAXOSMITHKLINE HOLDINGS  )
(AMERICAS) INC., et al.,       )
)
      Defendants.         )

---

TO:    GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.
        SERVE:    Wilmington Trust SP Services, Inc.
                  1105 N. Market Street, Suite 1300
                  Wilmington, DE 19801

        You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

        If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



                                      /s/ Thomas McRae
                                      Clerk of the Circuit Court

8/2/2021               By:    /s/ Stacey Turner
                                    Deputy

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
 )
     Plaintiffs, )   Cause No.:  2021L 000915
 )
vs. )
 )
GRANULES USA, INC., et al., )
 )
     Defendants. )

---

TO:   Granules USA, Inc.
      SERVE:   Vijay Ramanavarapu
               35 Waterview Blvd., Floor 3
               Parsippany, NJ 07054

     You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

     If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                          /s/ Thomas McRae
                                        Clerk of the Circuit Court

            8/2/2021               By:  /s/ Stacey Turner
                                          Deputy

| | |
|---|---|
| JOSEPH BAYER and | ) |
| GWENDOLYN CULVERSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| L. PERRIGO CO., et al., | ) |
| | ) |
| Defendants. | ) |

Cause No.:  **2021L 000915**

_____

TO:   L. Perrigo Co.
       SERVE:    CSC-Lawyers Incorporating Service
                  2900 West Road, Suite 500
                  East Lansing, MI 48823

       You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner
          Deputy

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and              )
GWENDOLYN CULVERSON,       )
                                  )
       Plaintiffs,               )     Cause No.: 2021L 000915
                                  )
vs.                                   )
                                  )
PATHEON MANUFACTURING       )
SERVICES LLC, et al.,             )
                                  )
       Defendants.            )

---

TO:    Patheon Manufacturing Services LLC
       SERVE:      Capitol Corporate Services, Inc.
                       120 Penmarc Dr., Suite 118
                       Raleigh, NC 27603

       You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                                     /s/ Thomas McRae

                                               Clerk of the Circuit Court

8/2/2021                           By:    /s/ Stacey Turner
                                                  Deputy

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
)
    Plaintiffs, )   Cause No.: 2021L 000915
)
vs. )
)
PERRIGO COMPANY, et al., )
)
    Defendants. )

---

TO:   Perrigo Company
      SERVE:    CSC-Lawyers Incorporating Service
               2900 West Road, Suite 500
               East Lansing, MI 48823

      You are hereby notified that an action has been commenced against you in this court.
You are required to file your answer to the Complaint with the court and to service a copy upon
the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded
in the attached Complaint, which is incorporated herein by reference. Any related claim which
you may have against the plaintiff must be stated as a counterclaim in your answer, or you will
thereafter be barred from making such claim in any other action.



/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner
         Deputy

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| JOSEPH BAYER and | ) | |
| GWENDOLYN CULVERSON, | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No.: 2021L 000915 |
| | ) | |
| vs. | ) | |
| | ) | |
| PERRIGO RESEARACH & DEVELOPMENT | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

TO:    Perrigo Researach & Development Company
        SERVE:      CSC-Lawyers Incorporating Service
                     2900 West Road, Suite 500
                     East Lansing, MI 48823

        You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

        If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                            /s/ Thomas McRae
                                          Clerk of the Circuit Court

8/2/2021
                                           /s/ Stacey Turner
                          By: _____
                                           Deputy

Page 1 of 1

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | |
|---|---|
| JOSEPH BAYER and<br>GWENDOLYN CULVERSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>PFIZER INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Cause No.:   **2021L 000915** |

---

TO:   PFIZER INC.
       SERVE:    C T Corporation System
                   208 South LaSalle St., Suite 814
                   Chicago, IL 60604

      You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By:   /s/ Stacey Turner

            Deputy

# IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
### MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
)
    Plaintiffs, ) Cause No.: 2021L 000915
)
vs. )
)
RANBAXY INC., et al., )
)
    Defendants. )

---

TO:   Ranbaxy Inc.
      SERVE:    Corporation Service Company
                830 Bear Tavern Road
                West Trenton, NJ 08628

       You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner
           Deputy

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | |
|---|---|
| JOSEPH BAYER and<br>GWENDOLYN CULVERSON, | )<br>)<br>) |
|     Plaintiffs, | )<br>) Cause No.: 2021L 000915<br>) |
| vs. | )<br>) |
| SANOFI US SERVICES INC., et al., | )<br>) |
|     Defendants. | )<br>) |

TO:    Sanofi US Services Inc.
        SERVE:    Corporation Service Company
                  830 Bear Tavern Road
                  West Trenton, NJ 08628

       You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By:     /s/ Stacey Turner
             Deputy

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                             )
      Plaintiffs, )      Cause No.: 2021L 000915
                             )
vs. )
                             )
SANOFI-AVENTIS U.S. LLC, et al., )
                             )
      Defendants. )

---

TO:    Sanofi-Aventis U.S. LLC
       SERVE:    Corporation Service Company
                    830 Bear Tavern Road
                    West Trenton, NJ 08628

      You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Thomas McRae

Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner

      Deputy

# IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                     )
     Plaintiffs, )     Cause No.: 2021L 000915
                     )
vs. )
                     )
STRIDES PHARMA, INC., et al., )
                     )
     Defendants. )

---

TO:    Strides Pharma, Inc.
       SERVE:    Incorp Services Inc.
                208 West State Street
                Trenton, NJ 08608-1002

       You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



/s/ Thomas McRae
Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner
          Deputy

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| JOSEPH BAYER and | ) | |
| GWENDOLYN CULVERSON, | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No.: 2021L 000915 |
| | ) | |
| vs. | ) | |
| | ) | |
| TEVA PHARMACEUTICALS | ) | |
| U.S.A., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

TO:    Teva Pharmaceuticals U.S.A., Inc.
       SERVE:    Corporate Creations Network Inc.
                 350 S. Northwest Highway #300
                 Park Ridge, IL 60068

       You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

                     R. Seth Crompton
                     Holland Law Firm, LLC
                     211 N. Broadway, Suite 2625
                     St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

                                              /s/ Thomas McRae

                                              Clerk of the Circuit Court

8/2/2021                              By: _/s/ Stacey Turner_____

                                                  Deputy

Page 1 of 1

# IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
### MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
)
    Plaintiffs, )    Cause No.:  2021L 000915
)
vs. )
)
WATSON LABORATORIES, INC., et al., )
)
    Defendants. )

---

TO:   Watson Laboratories, Inc.
       SERVE:   Corporate Creations Network Inc.
                8275 South Eastern Avenue #200
                Las Vegas, NV 89123

      You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



/s/ Thomas McRae

Clerk of the Circuit Court

8/2/2021

By: /s/ Stacey Turner
           Deputy

Page 1 of 1

## IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
)
     Plaintiffs, ) Cause No.: 2021L 000915
)
vs. )
)
WOCKHARDT AMERICAS, INC., et al., )
)
     Defendants. )

_____

TO:   Wockhardt Americas, Inc.
      SERVE:    The Company Corporation
                 251 Little Falls Drive
                 Wilmington, DE 19808

      You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the Complaint with the court and to service a copy upon the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

      If you fail to do so, judgment of default will be taken against you for the relief demanded in the attached Complaint, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Thomas McRae

Clerk of the Circuit Court

8/2/2021                 By:  /s/ Stacey Turner
                                    Deputy

**IN THE CIRCUIT COURT**
**OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | |
|---|---|
| JOSEPH BAYER and | ) |
| GWENDOLYN CULVERSON, | ) |
| | ) |
|      Plaintiffs, | )   Cause No.: 2021L 000915 |
| | ) |
| vs. | ) |
| | ) |
| WOCKHARDT USA LLC, et al., | ) |
| | ) |
|      Defendants. | ) |

TO:   Wockhardt USA LLC
       SERVE:   Corporation Service Company
                 830 Bear Tavern Road
                 West Trenton, NJ 08628

       You are hereby notified that an action has been commenced against you in this court.
You are required to file your answer to the Complaint with the court and to service a copy upon
the plaintiff's attorney as follows:

R. Seth Crompton
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102

within 30 days after service of summons upon you.

       If you fail to do so, judgment of default will be taken against you for the relief demanded
in the attached Complaint, which is incorporated herein by reference. Any related claim which
you may have against the plaintiff must be stated as a counterclaim in your answer, or you will
thereafter be barred from making such claim in any other action.

                                /s/ Thomas McRae

                                Clerk of the Circuit Court

              8/2/2021                   /s/ Stacey Turner
                                  By: _____
                                        Deputy

***EFILED***
Case Number 2021L 000915
Date: 8/2/2021 11:32 AM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

# IN THE CIRCUIT COURT
## OF THE THIRD JUDICIAL CIRCUIT
### MADISON COUNTY, ILLINOIS

JOSEPH BAYER and )
GWENDOLYN CULVERSON, )
                       )
      Plaintiffs, )    Cause No.:  2021L 000915
                       )
vs. )
                       )
BEOHRINGER INGELHEIM, et al., )
                       )
      Defendants. )

## JURY DEMAND

    Plaintiff hereby requests trial by jury on all counts.

Dated: August 2, 2021.

                       HOLLAND LAW FIRM, LLC

                       */s/ Seth Crompton*
                       R. SETH CROMPTON (#6288095)
                       211 N. Broadway, Suite 2625
                       St. Louis, MO 63102
                       314-241-8111 Telephone
                       314-241-5554 Facsimile
                       scrompton@hollandtriallawyers.com

                       *Attorneys for Plaintiff*